IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO. 3:16-CR-13 – CAR |
| | : |
| v. | : VIOLATION(S): |
| | : |
| WILLIAM HAMPTON TEDRICK, and | : 18 U.S.C. § 922(g)(1) |
| AMBER LYNN WILKERSON, | : 18 U.S.C. § 924(a)(2) |
| | : 12 U.S.C. § 844(a) |
| Defendants. | : |
| | : |

THE GRAND JURY CHARGES:

### COUNT ONE

**Possession of a Firearm by a Convicted Felon**
**18 U.S.C. § 922(g)(1)**

On or about January 10, 2016, in the Athens Division of the Middle District of Georgia,

**WILLIAM HAMPTON TEDRICK,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: one (1) Davis Industries, model P380, .380 caliber semi-automatic pistol, serial number AP278917, and one (1) Smith & Wesson, Model 915, 9mm semi-automatic pistol, serial number TZS9216, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO
**Possession of Methamphetamine**
**21 U.S.C. § 844(a)**

On or about January 10, 2016, in the Athens Division of the Middle District of Georgia, and elsewhere,

1

**AMBER LYNN WILKERSON,**

defendant herein, knowingly and intentionally possessed a mixture and substance containing a detectable amount of a Schedule II controlled substance, to wit: methamphetamine, all in violation of Title 21, United States Code, Section 844(a).

## COUNT THREE
### Possession of Amphetamine
### 21 U.S.C. § 844(a)

On or about January 10, 2016, in the Athens Division of the Middle District of Georgia, and elsewhere,

**AMBER LYNN WILKERSON,**

defendant herein, knowingly and intentionally possessed a mixture and substance containing a detectable amount of a Schedule III controlled substance, to wit: Amphetamine, all in violation of Title 21, United States Code, Section 844(a).

## COUNT FOUR
### Possession of Clonazepam
### 21 U.S.C. § 844(a)

On or about January 10, 2016, in the Athens Division of the Middle District of Georgia, and elsewhere,

**AMBER LYNN WILKERSON,**

defendant herein, knowingly and intentionally possessed a mixture and substance containing a detectable amount of a Schedule IV controlled substance, to wit: Clonazepam, all in violation of Title 21, United States Code, Section 844(a).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

G. F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

PETER D. LEARY
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15 day of June, AD 2016.

Deputy Clerk